IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3075 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ALFREDO VENEREO, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government,

IT IS ORDERED that:

(1) Trial of this case before the undersigned United States district judge is continued to 9:00 a.m., Monday, August 22, 2005, for five days, as the number one criminal case, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(2) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

DATED this 15th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge