# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 AUG 22 PM 3: 15

OFFICE OF THE CLERK

U.S.A. vs. Alfredo Venereo                     Docket No. 4:04CR3075

### Petition to Modify Conditions of Pretrial Release

COMES NOW Fred A. Samway, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Alfredo Venereo, who was placed under pretrial release supervision by the Honorable David L. Piester sitting in the Court at Lincoln, Nebraska, on November 5, 2004 and modified on January 5, 2005, under the following conditions:

1 (d)   The defendant shall reside at all times at The Link Halfway House; 1001 Norfolk Avenue, Norfolk, Nebraska 68702 (telephone: 402-371-5310). Defendant shall abide by all the rules of the facility.

Respectfully presenting petition for action of Court and for cause as follows:

According to the defendant's counselor at The Link Halfway House, he has completed that phase of their program. He is to transition into The Link's 3/4-way House and continue his aftercare.

PRAYING THAT THE COURT WILL ORDER that condition 1 (d) be modified as follows:

1 (d)   The defendant shall reside at 1001 Norfolk Avenue; Norfolk, Nebraska at all times. Overnight passes may be given with the approval of his supervising officer and an approved staff member of The Link. Defendant shall abide by all the rules of the facility.

ORDER OF COURT

Considered and ordered this 22nd day of Aug, 2005 and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 22, 2005

_____
U.S. Pretrial Services Officer

Place: Lincoln, Nebraska