IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3075 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALFREDO T. VENEREO, | ) | |
| | ) | |
| Defendant. | ) | |

Through his counsel, the defendant advises that he is unable to afford the transportation costs necessary for him to self-surrender. Therefore,

IT IS ORDERED that the defendant shall promptly surrender to the nearest office of the United States Marshals Service for commencement of his sentence. The United States Marshals shall take the defendant into custody and transport him to the prison designated by the Bureau of Prisons.

April 4, 2006.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge