IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3075 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALFREDO T. VENEREO, | ) | |
| | ) | |
| Defendant. | ) | |

    The defendant has sent me a letter. I will direct the Clerk of the Court to file it and I will treat the letter as a motion to compel the government to file a Rule 35(b) motion.

    IT IS ORDERED that the government shall respond within ten days of today's date as to why it should not be compelled to file a Rule 35(b) motion in this case. The Clerk shall mail a copy of this order to the defendant at the address shown on the envelope.

December 12, 2006.          BY THE COURT:

                                                   s/ *Richard G. Kopf*
                                                   United States District Judge