IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:04CR3075 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALFREDO T. VENEREO, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion for sentence adjustment (filing 53) is denied.

March 26, 2008.        BY THE COURT:

                                    *s/Richard G. Kopf*
                                    United States District Judge