IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALFREDO T. VENEREO,<br><br>        Defendant. | 4:04CR3075<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The defendant's motion to modify the conditions of his release, (Filing No. 76), is granted.

2) The condition of release which states "The defendant shall have no contact with Justine Boumari" is hereby withdrawn. The defendant is no longer prohibited from having contact with Justine Boumari.

3) All other conditions of the defendant's release, (Filing No. 73), remain in effect.

April 3, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge